1  MCGREGOR W. SCOTT
   United States Attorney
2  OWEN ROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

5

6  Attorneys for Plaintiff
   United States of America

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NOS. 2:17-CR-196; 2:17-CR-219;
                                       2:17-CR-222; 2:17-CR-234; 2:18-CR-009;
12                      Plaintiff,     2:18-CR-010; 2:18-CR-034; 2:18-CR-035;
                                       2:18-CR-036; 2:18-CR-037; 2:18-CR-038;
13                      v.             2:18-CR-044; 2:18-CR-054

14  JUSTIN JOHNSON et al.,             STIPULATION REGARDING EXCLUDABLE
                                       TIME PERIODS UNDER SPEEDY TRIAL ACT;
15                      Defendants.    FINDINGS AND ORDER

16                                     DATE: April 26, 2018
                                       COURT: Hon. Troy L. Nunley
17

18                          **STIPULATION**

19      1.     This stipulation concerns the thirteen indicted cases noted in the caption, which all arise

20  out of a common investigation. The thirteen cases concern twenty-seven different defendants, who are

21  each identified in connection with their respective counsel in the signature pages of this stipulation.

22      2.     By previous order, each of the thirteen matters was set for status on April 26, 2018.

23      3.     By this stipulation, the Government and counsel for the defendants now move to continue

24  the status conferences to a series of new dates, as follows:

25          a)     July 19, 2018: 2:17-cr-196; 2:17-cr-219; 2:18-cr-036; 2:18-cr-038

26          b)     July 26, 2018: 2:17-cr-222; 2:18-cr-009

27          c)     Aug. 2, 2018: 2:18-cr-044; 2:17-cr-234

28          d)     Aug. 9, 2018: 2:18-cr-010; 2:18-cr-034; 2:18-cr-035; 2:18-cr-037; 2:18-cr-054

STIPULATION REGARDING EXCLUDABLE TIME              1
PERIODS UNDER SPEEDY TRIAL ACT

1    4.    The parties also seek to exclude time between April 26, 2018, and the noted four dates,

2    per the indictments listed under each date, under Local Codes T2 and T4.

3    5.    The parties agree and stipulate, and request that the Court find the following:

4    a)    As of this stipulation, the Government has produced more than 400 pages of

5    written discovery to the defendants as a group, as well as 45 DVDs containing audio and visual

6    surveillance recordings.  (Each defendant has also received a copy of his or her criminal history,

7    if one exists, and a small amount of additional written discovery has been produced to a subset of

8    defendants.)  Going forward, the Government anticipates producing hundreds of additional pages

9    of discovery, which will include wiretap-related documents pursuant to the Court's April 12,

10    2018 protective order, and additional DVDs containing wiretap data and additional surveillance

11    evidence.

12    b)    At this time, the Government understands that the previously appointed

13    discovery-coordination attorney (the "DCA") is processing the discovery that the Government

14    has produced (as noted in the foregoing paragraph) and making it available to defense counsel.

15    c)    At this time, Counsel for the defendants desire additional time to review the

16    discovery now being distributed by the DCA.  This review will enable counsel to begin

17    reviewing the charges against their respective clients, conduct ancillary research, and consult

18    with their respective clients on how to proceed in their cases.

19    d)    Counsel for the defendants believe that failure to grant the above-requested

20    continuances would deny them the reasonable time necessary for effective preparation, taking

21    into account the exercise of due diligence.

22    e)    The government does not object to the continuances.

23    f)    Based on the above-stated findings, the ends of justice served by continuing the

24    case as requested outweigh the interest of the public and the defendant in a trial within the

25    original date prescribed by the Speedy Trial Act.

26    g)    Further, given that the discovery in this case arises from a single investigation and

27    is being produced to the twenty-seven defendants in the noted thirteen cases, the Court has

28    previously designated the matter as "complex" for the purpose of providing an exclusion of time

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    under Local Code T2.  The parties submit that the foregoing stipulation provides a continued

2    basis for such an exclusion.

3         h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

4    et seq., within which trials must commence, the time periods of April 26, 2018 to the dates of

5    July 19, July 26, August 2, and August 9, 2018, as noted in this stipulation, inclusive, are deemed

6    excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because they result

7    from continuances granted by the Court at the defendants' requests on the basis of the Court's

8    finding that the ends of justice served by taking such action outweigh the best interest of the

9    public and the defendants in speedy trials.

10        i)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11   et seq., within which trials must commence, the time periods of April 26, 2018 to the dates of

12   July 19, July 26, August 2, and August 9, 2018, as noted in this stipulation, inclusive, are deemed

13   excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (ii) because they result from continuances

14   granted by the Court at defendants' requests on the basis of the Court's finding that the matters

15   are sufficiently complex that it would be unreasonable to expect adequate preparation absent the

16   exclusions of time.

17   6.       Nothing in this stipulation and order shall preclude a finding that other provisions of the

18   Speedy Trial Act dictate that additional time periods are excludable from the periods within which trials

19   must commence.

20        IT IS SO STIPULATED.

21   Dated:  April 13, 2018                                    McGREGOR W. SCOTT
                                                               United States Attorney

22

23                                                            /s/ OWEN ROTH
                                                              OWEN ROTH
24                                                            Assistant United States Attorney

25
     **For continuance to July 19, 2018:**
26
     Dated:  April 13, 2018                                   /s/ MATTHEW BOCKMON
27                                                            MATTHEW BOCKMON
                                                              Counsel for Defendant Justin Johnson
28                                                            Case No. 2:17-cr-196

| | |
|---|---|
| Dated: April 13, 2018 | /s/ JESSICA GRAVES |
| | JESSICA GRAVES |
| | Counsel for Defendant Erica Umbay |
| | Case No. 2:17-cr-219 |

Dated: April 13, 2018 /s/ CHRISTOPHER R. COSCA
CHRISTOPHER R. COSCA
Counsel for Defendant Stephanie Lavan
Case No. 2:18-cr-036

Dated: April 13, 2018 /s/ TONI LASHAY WHITE
TONI LASHAY WHITE
Counsel for Defendant Daisy Gonzalez
Case No. 2:18-cr-038

Dated: April 13, 2018 /s/ MICHAEL CHASTAINE
MICHAEL CHASTAINE
Counsel for Def. Jose Heredia-Trinidad
Case No. 2:18-cr-038

**For continuance to July 26, 2018:**

Dated: April 13, 2018 /s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant Aldo Arellano
Case No. 2:17-cr-222

Dated: April 13, 2018 /s/ KELLY BABINEAU
KELLY BABINEAU
Counsel for Defendant Rachel Felix
Case No. 2:17-cr-222

Dated: April 13, 2018 /s/ TASHA P. CHALFANT
TASHA P. CHALFANT
Counsel for Defendant Raul Barajas
Case No. 2:18-cr-009

Dated: April 13, 2018 /s/ ALIN CINTEAN
ALIN CINTEAN
Counsel for Def. Israel Covarrubias
Case No. 2:18-cr-009

Dated: April 13, 2018 /s/ MICHAEL E. HANSEN
MICHAEL E. HANSEN
Counsel for Defendant Milton Escobedo
Case No. 2:18-cr-009

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4

1

2    Dated:  April 13, 2018                     /s/ CLEMENTE JIMENEZ
                                                CLEMENTE JIMENEZ
                                                Counsel for Def. Jose Madrigal-Vega
3                                               Case No. 2:18-cr-009

4
     Dated:  April 13, 2018                     /s/ PHILIP COZENS
5                                               PHILIP COZENS
                                                Counsel for Defendant Victor Magana
6                                               Case No. 2:18-cr-009

7
     Dated:  April 13, 2018                     /s/ ROBERT M. WILSON
8                                               ROBERT M. WILSON
                                                Counsel for Defendant Trevor White
9                                               Case No. 2:18-cr-009

10
     **For continuance to August 2, 2018:**
11
     Dated:  April 13, 2018                     /s/ SHARI RUSK
12                                              SHARI RUSK
                                                Counsel for Defendant Michael Do
13                                              Case No. 2:18-cr-044

14
     Dated:  April 13, 2018                     /s/ STEPHEN B. PLESSER
15                                              STEPHEN B. PLESSER
                                                Counsel for Defendant Patrick Botello
16                                              Case No. 2:17-cr-234

17
     Dated:  April 13, 2018                     /s/ DAVID M. GARLAND
18                                              DAVID M. GARLAND
                                                Counsel for Defendant Ashley Habash
19                                              Case No. 2:17-cr-234

20
     Dated:  April 13, 2018                     /s/ J. TONEY
21                                              J. TONEY
                                                Counsel for Defendant Brenda Miranda
22                                              Case No. 2:17-cr-234

23

24   Dated:  April 13, 2018                     /s/ DAVID D. FISCHER
                                                DAVID D. FISCHER
25                                              Counsel for Def. Mercedez Silva-Sims
                                                Case No. 2:17-cr-234
26

27   Dated:  April 13, 2018                     /s/ DINA L. SANTOS
                                                DINA L. SANTOS
28                                              Counsel for Defendant Ricardo Villa
                                                Case No. 2:17-cr-234

     STIPULATION REGARDING EXCLUDABLE TIME              5
     PERIODS UNDER SPEEDY TRIAL ACT

1
2  Dated: April 13, 2018                    /s/ KYLE R. KNAPP
                                            KYLE R. KNAPP
3                                           Counsel for Defendant Joshua Sims
                                            Case No. 2:17-cr-234
4
   **For continuance to August 9, 2018:**
5
6  Dated: April 13, 2018                    /s/ TODD D. LERAS
                                            TODD D. LERAS
                                            Counsel for Defendant Edgar Jimenez
7                                           Case No. 2:18-cr-010
8
9  Dated: April 13, 2018                    /s/ CLYDE BLACKMON
                                            CLYDE BLACKMON
                                            Counsel for Defendant James Masterson
10                                          Case No. 2:18-cr-010
11
12 Dated: April 13, 2018                    /s/ CANDICE L. FIELDS
                                            CANDICE L. FIELDS
                                            Counsel for Defendant Reggie Pajimola
13                                          Case No. 2:18-cr-010
14
15 Dated: April 13, 2018                    /s/ KYLE R. KNAPP
                                            KYLE R. KNAPP
                                            Counsel for Defendant Joshua Sims
16                                          Case No. 2:18-cr-010
17
18 Dated: April 13, 2018                    /s/ TIMOTHY E. WARRINER
                                            TIMOTHY E. WARRINER
                                            Counsel for Defendant John Lemus
19                                          Case No. 2:18-cr-034
20
21
22 Dated: April 13, 2018                    /s/ MICHAEL B. BIGELOW
                                            MICHAEL B. BIGELOW
23                                          Counsel for Defendant Carlos Martinez
                                            Case No. 2:18-cr-035
24
25 Dated: April 13, 2018                    /s/ ERIN J. RADEKIN
                                            ERIN J. RADEKIN
26                                          Counsel for Def. Asencion Jimenez
                                            Case No. 2:18-cr-037
27
28 Dated: April 13, 2018                    /s/ RONALD PETERS

STIPULATION REGARDING EXCLUDABLE TIME          6
PERIODS UNDER SPEEDY TRIAL ACT

RONALD PETERS
Counsel for Def. Blas Gonzalez-Ramirez
Case No. 2:18-cr-054

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 19th day of April, 2018.

_____
Troy L. Nunley
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT