1  McGREGOR W. SCOTT
   United States Attorney
2  OWEN ROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS. 2:17-CR-196; 2:17-CR-219; 2:17-CR-222; 2:17-CR-234; 2:18-CR-009; 2:18-CR-010; 2:18-CR-034; 2:18-CR-035; 2:18-CR-036; 2:18-CR-038; 2:18-CR-044; 2:18-CR-054 |
|---|---|
| Plaintiff, | |
| v. | |
| JUSTIN JOHNSON et al., | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| Defendants. | |
| | DATE: July 16, 2018<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. This stipulation concerns the twelve indicted cases noted in the caption, which all arise out of a common investigation. The twelve cases concern twenty-seven different defendants, who are each identified in connection with their respective counsel in the signature pages of this stipulation.

2. By previous order, each of the twelve matters was set for status conferences in July and August 2018. (Case number 2:18-cr-037 was recently dismissed because the defendant, Asencion Jimenez, has passed away.)

3. By this stipulation, the Government and counsel for the defendants now move to continue the status conferences to a series of new dates at 9:30 a.m., as follows:

    a) Case number 2:17-cr-196: continue from July 19, 2018 to November 15, 2018

    b) Case number 2:17-cr-219: continue from July 19, 2018 to November 15, 2018

| | | |
|---|---|---|
| 1 | c) | Case number 2:18-cr-036: continue from July 19, 2018 to November 15, 2018. |
| 2 | d) | Case number 2:18-cr-038: continue from July 19, 2018 to November 15, 2018. |
| 3 | e) | Case number 2:17-cr-222: continue from July 26, 2018, to November 29, 2018. |
| 4 | f) | Case number 2:18-cr-009: continue from July 26, 2018, to November 29, 2018 |
| 5 | g) | Case number 2:18-cr-044: continue from August 2, 2018, to December 6, 2018. |
| 6 | h) | Case number 2:17-cr-234: continue from August 2, 2018, to December 6, 2018. |
| 7 | i) | Case number 2:18-cr-010: continue from August 16, 2018, to December 13, 2018. |
| 8 | j) | Case number 2:18-cr-034: continue from August 16, 2018, to December 13, 2018. |
| 9 | k) | Case number 2:18-cr-035: continue from August 16, 2018, to December 13, 2018. |
| 10 | l) | Case number 2:18-cr-054: continue from August 16, 2018, to December 13, 2018. |

4. The parties to each of the foregoing cases also move to exclude time between the current status conference dates and the proposed status-conference dates, as detailed in Paragraph 3, under Local Codes T2 and T4.

5. The parties agree and stipulate, and request that the Court find the following:

a) As of this stipulation, the Government has produced more than 400 pages of written discovery to the defendants as a group, as well as 45 DVDs containing audio and visual surveillance recordings. (Each defendant has also received a copy of his or her criminal history, if one exists, and a small amount of additional written discovery has been produced to a subset of defendants.) The Government has also prepared several thousand additional pages of discovery and is producing them to the discovery coordinator presently; it has obtained a protective order permitting disclosure of un-redacted copies of certain search warrants and court orders; it has identified additional audio and video discs that is presently producing; and it is continuing to review documents to produce.

b) At this time, the Government understands that the previously appointed discovery-coordination attorney (the "DCA") will begin processing the discovery that the Government is producing (as noted in the foregoing paragraph) and making it available to defense counsel. In the meantime, it is available for inspection upon request.

c) At this time, Counsel for the defendants desire additional time to review the

discovery that has been distributed and is now being distributed by the DCA. This review will enable counsel to begin reviewing the charges against their respective clients, conduct ancillary research, and consult with their respective clients on how to proceed in their cases.

      d)     Counsel for the defendants believe that failure to grant the above-requested continuances would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)     The government does not object to the continuances.

      f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)     Further, given that the discovery in this case arises from a single investigation and is being produced to the twenty-six defendants in the noted twelve cases, the Court has previously designated the matter as "complex" for the purpose of providing an exclusion of time under Local Code T2. The parties submit that the foregoing stipulation provides a continued basis for such an exclusion.

      h)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trials must commence, the time periods between the present status conferences and the proposed status conferences, noted in Paragraph 3 of this stipulation, inclusive, are deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because they result from continuances granted by the Court at the defendants' requests on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in speedy trials.

      i)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trials must commence, the time periods between the present status conferences and the proposed status conferences, noted in Paragraph 3 of this stipulation, inclusive, are deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (ii) because they result from continuances granted by the Court at defendants' requests on the basis of the Court's finding that the matters are sufficiently complex that it would be unreasonable to expect adequate

preparation absent the exclusions of time.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the periods within which trials must commence.

IT IS SO STIPULATED.

Dated: July 16, 2018                          McGREGOR W. SCOTT
United States Attorney

/s/ OWEN ROTH
OWEN ROTH
Assistant United States Attorney

**For continuance to November 15, 2018:**

Dated: July 16, 2018                          /s/ JEROME PRICE
JEROME PRICE
Counsel for Defendant Justin Johnson
Case No. 2:17-cr-196

Dated: July 16, 2018                          /s/ JESSICA GRAVES
JESSICA GRAVES
Counsel for Defendant Erica Umbay
Case No. 2:17-cr-219

Dated: July 16, 2018                          /s/ CHRISTOPHER R. COSCA
CHRISTOPHER R. COSCA
Counsel for Defendant Stephanie Lavan
Case No. 2:18-cr-036

Dated: July 16, 2018                          /s/ TONI LASHAY WHITE
TONI LASHAY WHITE
Counsel for Defendant Daisy Gonzalez
Case No. 2:18-cr-038

Dated: July 16, 2018                          /s/ MICHAEL CHASTAINE
MICHAEL CHASTAINE
Counsel for Def. Jose Heredia-Trinidad
Case No. 2:18-cr-038

**For continuance to November 29, 2018:**

Dated: July 16, 2018                                /s/ SHARI RUSK
                                                    SHARI RUSK
                                                    Counsel for Defendant Aldo Arellano
                                                    Case No. 2:17-cr-222

Dated: July 16, 2018                                /s/ KELLY BABINEAU
                                                    KELLY BABINEAU
                                                    Counsel for Defendant Rachel Felix
                                                    Case No. 2:17-cr-222

Dated: July 16, 2018                                /s/ TASHA P. CHALFANT
                                                    TASHA P. CHALFANT
                                                    Counsel for Defendant Raul Barajas
                                                    Case No. 2:18-cr-009

Dated: July 16, 2018                                /s/ ALIN CINTEAN
                                                    ALIN CINTEAN
                                                    Counsel for Def. Israel Covarrubias
                                                    Case No. 2:18-cr-009

Dated: July 16, 2018                                /s/ MICHAEL E. HANSEN
                                                    MICHAEL E. HANSEN
                                                    Counsel for Defendant Milton Escobedo
                                                    Case No. 2:18-cr-009

Dated: July 16, 2018                                /s/ CLEMENTE JIMENEZ
                                                    CLEMENTE JIMENEZ
                                                    Counsel for Def. Jose Madrigal-Vega
                                                    Case No. 2:18-cr-009

Dated: July 16, 2018                                /s/ PHILIP COZENS
                                                    PHILIP COZENS
                                                    Counsel for Defendant Victor Magana
                                                    Case No. 2:18-cr-009

Dated: July 16, 2018                                /s/ ROBERT M. WILSON
                                                    ROBERT M. WILSON
                                                    Counsel for Defendant Trevor White
                                                    Case No. 2:18-cr-009

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

5

**For continuance to December 6, 2018:**

Dated: July 16, 2018　　　　　　　　　　　/s/ SHARI RUSK
　　　　　　　　　　　　　　　　　　　　SHARI RUSK
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant Michael Do
　　　　　　　　　　　　　　　　　　　　Case No. 2:18-cr-044

Dated: July 16, 2018　　　　　　　　　　　/s/ STEPHEN B. PLESSER
　　　　　　　　　　　　　　　　　　　　STEPHEN B. PLESSER
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant Patrick Botello
　　　　　　　　　　　　　　　　　　　　Case No. 2:17-cr-234

Dated: July 16, 2018　　　　　　　　　　　/s/ DAVID M. GARLAND
　　　　　　　　　　　　　　　　　　　　DAVID M. GARLAND
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant Ashley Habash
　　　　　　　　　　　　　　　　　　　　Case No. 2:17-cr-234

Dated: July 16, 2018　　　　　　　　　　　/s/ J. TONEY
　　　　　　　　　　　　　　　　　　　　J. TONEY
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant Brenda Miranda
　　　　　　　　　　　　　　　　　　　　Case No. 2:17-cr-234

Dated: July 16, 2018　　　　　　　　　　　/s/ DAVID D. FISCHER
　　　　　　　　　　　　　　　　　　　　DAVID D. FISCHER
　　　　　　　　　　　　　　　　　　　　Counsel for Def. Mercedez Silva-Sims
　　　　　　　　　　　　　　　　　　　　Case No. 2:17-cr-234

Dated: July 16, 2018　　　　　　　　　　　/s/ DINA L. SANTOS
　　　　　　　　　　　　　　　　　　　　DINA L. SANTOS
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant Ricardo Villa
　　　　　　　　　　　　　　　　　　　　Case No. 2:17-cr-234

Dated: July 16, 2018　　　　　　　　　　　/s/ KYLE R. KNAPP
　　　　　　　　　　　　　　　　　　　　KYLE R. KNAPP
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant Joshua Sims
　　　　　　　　　　　　　　　　　　　　Case No. 2:17-cr-234

**For continuance to December 13, 2018:**

Dated: July 16, 2018　　　　　　　　　　　/s/ TODD D. LERAS
　　　　　　　　　　　　　　　　　　　　TODD D. LERAS
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant Edgar Jimenez
　　　　　　　　　　　　　　　　　　　　Case No. 2:18-cr-010

Dated: July 16, 2018　　　　　　　　　　　/s/ CLYDE BLACKMON
　　　　　　　　　　　　　　　　　　　　CLYDE BLACKMON
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant James Masterson
　　　　　　　　　　　　　　　　　　　　Case No. 2:18-cr-010

Dated: July 16, 2018　　　　　　　　　　　/s/ CANDICE L. FIELDS
　　　　　　　　　　　　　　　　　　　　CANDICE L. FIELDS
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant Reggie Pajimola
　　　　　　　　　　　　　　　　　　　　Case No. 2:18-cr-010

Dated: July 16, 2018　　　　　　　　　　　/s/ KYLE R. KNAPP
　　　　　　　　　　　　　　　　　　　　KYLE R. KNAPP
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant Joshua Sims
　　　　　　　　　　　　　　　　　　　　Case No. 2:18-cr-010

Dated: July 16, 2018　　　　　　　　　　　/s/ TIMOTHY E. WARRINER
　　　　　　　　　　　　　　　　　　　　TIMOTHY E. WARRINER
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant John Lemus
　　　　　　　　　　　　　　　　　　　　Case No. 2:18-cr-034

Dated: July 16, 2018　　　　　　　　　　　/s/ MICHAEL B. BIGELOW
　　　　　　　　　　　　　　　　　　　　MICHAEL B. BIGELOW
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant Carlos Martinez
　　　　　　　　　　　　　　　　　　　　Case No. 2:18-cr-035

Dated: April 13, 2018　　　　　　　　　　/s/ RONALD PETERS
　　　　　　　　　　　　　　　　　　　　RONALD PETERS
　　　　　　　　　　　　　　　　　　　　Counsel for Def. Blas Gonzalez-Ramirez
　　　　　　　　　　　　　　　　　　　　Case No. 2:18-cr-054

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 17th day of July, 2018.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　United States District Judge