| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | JUSTIN L. LEE<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MAGANA,<br>RAUL BARAJAS,<br>ISRAEL COVARRUBIAS,<br>MILTON ESCOBEDO,<br>JOSE MADRIGAL-VEGA, AND<br>TREVOR WHITE,<br><br>Defendants. | CASE NO. 2:18-CR-00009-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 29, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on November 29, 2018.

2. By this stipulation, defendants now move to continue the status conference until February 7, 2019, at 9:30 a.m., and to exclude time between November 29, 2018, and February 7, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 14,000 pages and several hours of recorded telephone

conversations. All of this discovery has been produced directly to counsel.

      b)     Defense counsel desires additional time to review the discovery, conduct research into the case, to discuss the case with their clients, and otherwise prepare for trial in this matter.

      c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 29, 2018, to February 7, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 27, 2018                   McGREGOR W. SCOTT
                                                                 United States Attorney

                                                                 /s/ JUSTIN L. LEE
                                                                  JUSTIN L. LEE
                                                                  Assistant United States Attorney

Dated: November 27, 2018                /s/ PHIL COZENS
                                        PHIL COZENS
                                        (as authorized on November 21, 2018)
                                        Counsel for Defendant
                                        Victor Magana

Dated: November 27, 2018                /s/ TASHA CHALFANT
                                        TASHA CHALFANT
                                        (as authorized on November 21, 2018)
                                        Counsel for Defendant
                                        Raul Barajas

Dated: November 27, 2018                /s/ ALIN CINTEAN
                                        ALIN CINTEAN
                                        (as authorized on November 26, 2018)
                                        Counsel for Defendant
                                        Israel Covarrubias

Dated: November 27, 2018                /s/ MICHAEL HANSEN
                                        MICHAEL HANSEN
                                        (as authorized on November 21, 2018)
                                        Counsel for Defendant
                                        Milton Escobedo

Dated: November 27, 2018                /s/ CLEMENTE JIMENEZ
                                        CLEMENTE JIMENEZ
                                        (as authorized on November 26, 2018)
                                        Counsel for Defendant
                                        Jose Madrigal-Vega

Dated: November 27, 2018                /s/ ROBERT WILSON
                                        ROBERT WILSON
                                        (as authorized on November 21, 2018)
                                        Counsel for Defendant
                                        Trevor White

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 27th day of November, 2018.

_____
Troy L. Nunley
United States District Judge