Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 208
Sacramento, CA   95814

Telephone: (916) 443-1504
Email: pcozens@aol.com

Attorney for Defendant Victor Magana

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:18-cr-0009 TLN |
| ) | |
| Plaintiff, ) | STIPULATION FOR CONTINUANCE |
| ) | OF STATUS CONFERENCE AND |
| ) | ORDER |
| v. ) | |
| ) | |
| VICTOR MAGANA, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Justin Lee, Esq. and Defendant Victor Magana through his attorney Philip Cozens, Esq.; Defendant Milton Escobedo through his attorney Michael Hansen, Esq.; Defendant Raul Barajas through his attorney Tasha Chalfant, Esq.; Defendant Trevor White through his attorney Robert Wilson, Esq.; Defendant Israel Covarrubias through his attorney Alin Cintean, Esq.; and Defendant Jose Madrigal-Vega through his attorney Clemente Jimenez, Esq. that:

The Status Conference currently scheduled for February 7, 2019 at 9:30 a.m. in Judge Nunley's Court be re-scheduled for March 28, 2019 at 9:30 a.m. in Judge Nunley's Court.  The stipulated continuance is necessary because Defendant Victor Magana's attorney and other

defense attorneys require additional time to review the voluminous discovery in this matter and negotiate with the Government.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time should be excluded from speedy trial calculations from February 7, 2019 through and including March 28, 2019.

It is so stipulated.

Dated: February 5, 2019  /s/ Justin Lee, Esq.
Justin Lee, Esq.
Assistant United States Attorney
Eastern District of California


/s/ Michael Hansen  /s/ Philip Cozens
Michael Hansen  Philip Cozens
Attorney for Defendant  Attorney for Defendant
Milton Escobedo  Victor Magana


/s/ Tasha Chalfant  /s/ Robert Wilson
Tasha Chalfant  Robert Wilson
Attorney for Defendant  Attorney for Defendant
Raul Barajas  Trevor White


/s/ Alin Cintean  /s/ Clemente Jimenez
Alin Cintean  Clemente Jimenez
Attorney for Defendant  Attorney for Defendant
Israel Covarrubias  Jose Madrigal-Vega

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Status Conference currently scheduled for February 7, 2019 at 9:30 a.m. in Judge Nunley's Court be re-scheduled for March 28, 2019 at 9:30 a.m. in Judge Nunley's Court. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a

speedy trial.  Time will be excluded from speedy trial calculations from February 7, 2019 through and including March 28, 2019.

Dated: February 5, 2019

Troy L. Nunley
United States District Judge