McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MAGANA,<br>RAUL BARAJAS,<br>ISRAEL COVARRUBIAS,<br>MILTON ESCOBEDO, AND<br>JOSE MADRIGAL-VEGA,<br><br>Defendants. | CASE NO. 2:18-CR-00009-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 28, 2019<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.      By previous order, this matter was set for status on March 28, 2019.

2.      By this stipulation, defendants now move to continue the status conference until May 9, 2019, at 9:30 a.m., and to exclude time between March 28, 2019, and May 9, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes over 14,000 pages and several hours of recorded telephone conversations. All of this discovery has been produced directly to counsel.

1        b)      Defense counsel desires additional time to review the discovery,

2  conduct research into the case, to discuss the case with their clients, and otherwise

3  prepare for trial in this matter.

4        c)      Counsel for defendants believe that failure to grant the above-

5  requested continuance would deny them the reasonable time necessary for effective

6  preparation, taking into account the exercise of due diligence.

7        d)      The government does not object to the continuance.

8        e)      Based on the above-stated findings, the ends of justice served by

9  continuing the case as requested outweigh the interest of the public and the

10  defendant in a trial within the original date prescribed by the Speedy Trial Act.

11        f)      For the purpose of computing time under the Speedy Trial Act, 18

12  U.S.C. § 3161, et seq., within which trial must commence, the time period of March

13  28, 2019, to May 9, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§

14  3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted

15  by the Court at defendant's request on the basis of the Court's finding that the ends

16  of justice served by taking such action outweigh the best interest of the public and

17  the defendant in a speedy trial.

18     4.      Nothing in this stipulation and order shall preclude a finding that other

19  provisions of the Speedy Trial Act dictate that additional time periods are excludable from

20  the period within which a trial must commence.

21     IT IS SO STIPULATED.

22

23  Dated:  March 22, 2019                  McGREGOR W. SCOTT

24                                   United States Attorney

25                                 /s/ JUSTIN L. LEE

26                                 JUSTIN L. LEE

                                    Assistant United States Attorney

27

28

Dated: March 22, 2019      /s/ PHIL COZENS
_____
PHIL COZENS
(as authorized on March 22, 2019)
Counsel for Defendant
Victor Magana

Dated: March 22, 2019      /s/ TASHA CHALFANT
_____
TASHA CHALFANT
(as authorized on March 20, 2019)
Counsel for Defendant
Raul Barajas

Dated: March 22, 2019      /s/ ALIN CINTEAN
_____
ALIN CINTEAN
(as authorized on March 20, 2019)
Counsel for Defendant
Israel Covarrubias

Dated: March 22, 2019      /s/ MICHAEL HANSEN
_____
MICHAEL HANSEN
(as authorized on March 20, 2019)
Counsel for Defendant
Milton Escobedo

Dated: March 22, 2019      /s/ CLEMENTE JIMENEZ
_____
CLEMENTE JIMENEZ
(as authorized on March 21, 2019)
Counsel for Defendant
Jose Madrigal-Vega


# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 25th day of March, 2019.


_____
Troy L. Nunley
United States District Judge