Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 208
Sacramento, CA 95814

Telephone: (916) 443-1504
Email: pcozens@aol.com

Attorney for Defendant Victor Magana

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-0009 TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR CONTINUANCE |
| | ) | OF STATUS CONFERENCE AND |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| VICTOR MAGANA, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Justin Lee, Esq. and Defendant Victor Magana through his attorney Philip Cozens, Esq. that:

The Status Conference currently scheduled for July 25, 2019, 2019 at 9:30 a.m. in Judge Nunley's Court be re-scheduled for September 12, 2019 at 9:30 a.m. in Judge Nunley's Court. The stipulated continuance is necessary because Defendant Victor Magana's attorney and other defense attorneys require additional time to review the voluminous discovery in this matter and negotiate with the Government.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.

Time should be excluded from speedy trial calculations from July 25, 2019 through and including September 12, 2019.

It is so stipulated.

Dated: July 23, 2019 /s/ Justin Lee, Esq.
Justin Lee, Esq.
Assistant United States Attorney
Eastern District of California

/s/ Philip Cozens
Philip Cozens
Attorney for Defendant
Victor Magana

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Status Conference currently scheduled for July 25, 2019 at 9:30 a.m. in Judge Nunley's Court be re-scheduled for September 12, 2019 at 9:30 a.m. in Judge Nunley's Court. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from July 25, 2019 through and including September 12, 2019.

Dated: July 23, 2019

Troy L. Nunley
United States District Judge