| | |
|---|---|
| 1<br>2<br>3<br>4 | MCGREGOR W. SCOTT<br>United States Attorney<br>JUSTIN L. LEE<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5<br>6 | Attorneys for Plaintiff<br>United States of America |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MAGANA,<br>RAUL BARAJAS,<br>ISRAEL COVARRUBIAS,<br>MILTON ESCOBEDO, AND<br>JOSE MADRIGAL-VEGA,<br><br>Defendants. | CASE NO. 2:18-CR-00009-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 11, 2019<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

1. By previous order, this matter was set for status on December 11, 2019.

2. By this stipulation, defendants now move to continue the status conference until January 30, 2020, at 9:30 a.m., and to exclude time between December 11, 2019, and January 30, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 14,000 pages and several hours of recorded telephone conversations. All of this discovery has been produced directly to counsel.

  b) Defense counsel desires additional time to review the discovery, conduct research into the case, to discuss the case with their clients, and otherwise prepare for trial in this matter.

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 11, 2019, to January 30, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 5, 2019       McGREGOR W. SCOTT
                  United States Attorney

                  /s/ JUSTIN L. LEE
                  JUSTIN L. LEE
                  Assistant United States Attorney

Dated: December 5, 2019   /s/ PHIL COZENS
PHIL COZENS)
Counsel for Defendant
Victor Magana

Dated: December 5, 2019   /s/ TASHA CHALFANT
TASHA CHALFANT
Counsel for Defendant
Raul Barajas

Dated: December 5, 2019   /s/ ALIN CINTEAN
ALIN CINTEAN
Counsel for Defendant
Israel Covarrubias

Dated: December 5, 2019   /s/ MICHAEL HANSEN
MICHAEL HANSEN
Counsel for Defendant
Milton Escobedo

Dated: December 5, 2019   /s/ CLEMENTE JIMENEZ
CLEMENTE JIMENEZ
Counsel for Defendant
Jose Madrigal-Vega

# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 9th day of December, 2019.

Troy L. Nunley
United States District Judge