McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MAGANA,<br>RAUL BARAJAS,<br>ISRAEL COVARRUBIAS,<br>MILTON ESCOBEDO, AND<br>JOSE MADRIGAL-VEGA,<br><br>Defendants. | CASE NO. 2:18-CR-00009-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: June 4, 2020<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on June 4, 2020.

2. By this stipulation, defendants now move to continue the status conference until August 27, 2020, at 9:30 a.m., and to exclude time between June 4, 2020, and August 27, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 14,000 pages and several hours of recorded telephone conversations. All of this discovery has been produced directly to counsel.

        b)    Defense counsel desires additional time to review the discovery, conduct research into the case, to discuss the case with their clients, and otherwise prepare for trial in this matter.

        c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)    The government does not object to the continuance.

        e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 4, 2020, to August 27, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 28, 2020

        McGREGOR W. SCOTT
        United States Attorney

        /s/ JUSTIN L. LEE
        JUSTIN L. LEE
        Assistant United States Attorney

| | |
|---|---|
| Dated:  May 28, 2020 | /s/ PHIL COZENS<br>PHIL COZENS<br>Counsel for Defendant<br>Victor Magana |
| Dated:  May 28, 2020 | /s/ TASHA CHALFANT<br>TASHA CHALFANT<br>Counsel for Defendant<br>Raul Barajas |
| Dated:  May 28, 2020 | /s/ ALIN CINTEAN<br>ALIN CINTEAN<br>Counsel for Defendant<br>Israel Covarrubias |
| Dated:  May 28, 2020 | /s/ MICHAEL HANSEN<br>MICHAEL HANSEN<br>Counsel for Defendant<br>Milton Escobedo |
| Dated:  May 28, 2020 | /s/ CLEMENTE JIMENEZ<br>CLEMENTE JIMENEZ<br>Counsel for Defendant<br>Jose Madrigal-Vega |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 28th day of May, 2020.

_____
Troy L. Nunley
United States District Judge